AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Destiney Rae MONTOYA | ) Case No. 23-00004MJ-001 |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Destiney Rae MONTOYA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1324(a)(1)(A)(ii) / 1324(a)(1)(A)(v) - conspiracy to transport Aliens

Date: January 24, 2023

*Issuing officer's signature*

City and state:    Tucson, Arizona

Eric J. Markovich, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/25/2023, and the person was arrested on (date) 1/31/2023
at (city and state) Phoenix, AZ.

Date: 1/31/2023

DANIEL R KICKER
Digitally signed by DANIEL R KICKER
Date: 2023.01.31 19:36:09 -07'00'

*Arresting officer's signature*

Daniel Kicker Special Agent HSI
*Printed name and title*